UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
AT DETROIT

IN RE:                                                Case No. 16-46362

    Nicholas A. Clarke                    Chapter 7

          Debtor.                             Judge Phillip J Shefferly

## PROOF OF SERVICE

      Creditor, American Honda Finance Corporation filed a Motion for Relief from the Automatic Stay. Copies of the Motion with Exhibits and Notice of Filing of Response Deadline were served upon Debtor, Debtor's Counsel and the Chapter 7 Trustee by U.S. Mail or by electronic filing on May 3, 2016 at the addresses listed below:

Nicholas A. Clarke, Debtor
5526 W. Beecher Rd.
Adrian, MI 49221

Nathaniel H Herdt, Attorney for Debtor
310 Ferman
Milan, MI 48160

Douglas Ellmann
Chapter 7 Trustee
308 West Huron
Ann Arbor, MI 48103-4204

US Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226

Dated: 5/3/2016                                 Respectfully Submitted,

                                                           /s/ D Anthony Sottile
                                                           D. Anthony Sottile (OH 0075101)