UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:16-46362
Chapter 7
Hon: Shefferly

Nicholas Clarke
                              Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
_____/

## STIPULATION TO TERMINATE THE AUTOMATIC STAY

**IT IS HEREBY STIPULATED AND AGREED** between the parties herein, that the automatic stay shall be terminated as to Creditor, Credit Union One, said creditor having a validly perfected interest in 2006 Subaru Impreza.

Balance Owed:    $15,673.04                         Market Value: $ 15,000.00

IT IS FURTHER STIPULATED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER STIPULATED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

Dated: July 20, 2016

   /s/  Nathaniel Herdt
Nathaniel Herdt P68144
Debtors Attorney

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
cfrank@theleducgroup.com

/s/  Douglas Ellman
Douglas Ellman,
 Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:16-46362
Chapter 7
Hon: Shefferly

Nicholas Clarke

                        Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
_____/

ORDER TO TERMINATE THE AUTOMATIC STAY

IT IS HEREBY STIPULATED AND ORDERED between the parties herein, that the automatic stay shall be terminated as to Creditor, Credit Union One, said creditor having a validly perfected interest in 2006 Subaru Impreza.

IT IS FURTHER ORDERED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

      Exhibit A